UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN -7 2021

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| Qadriyyah Sabreen El' Amin Bnt Abdullah Bey, | Case No. 1:21-cv-00832 |
| Plaintiff, | Judge Thomas W. Thrash, Jr. |
| v. | REVISED MOTION FOR SUBPOENA |
| NAVIN CHANDRA NAIDU, <br> a/k/a NAVINACHANDRAN A/L G.M.NAIDU, <br> a/k/a "Dr. Navinachandran GM Naidu", <br> a/k/a "Dr. Navinachandran Naidu", <br> a/k/a "Mr. Navinanchandran GM Naidu", <br> a/k/a "Judge Navin-Chandra Naidu", <br> a/k/a "Judge (Dr.) Navin C Naidu", <br> a/k/a "Chief Judge Silver Eagle", <br> a/k/a "Silver Cloud Musafir", <br> a/k/a "Te Whetu O Rongo", <br> a/k/a "Aidun C Naidu", <br> a/k/a "Joginder Singh Grewal", <br> a/k/a "Delainey Runnalls", <br><br> KINTA VALLEY KNOWLEDGE VILLAGE, <br><br> and <br><br> LILY MATHEWS, <br> Defendants. | |

June 5th, 2021

REVISED MOTION FOR SUBPOENA

COMES NOW, Qadriyyah Sabreen El' Amin Bnt Abdullah Bey, in *propria persona*, *sui juris*, BEing Live, A Woman created by the Great, The Universal, The Absolute, (Elohim) God, respectfully moves this Honorable Court, in accordance with rule 45(a) of the Federal Rules of

Civil Procedure, to issue subpoenas for the production of all information, documents and tangible things relevant to discovery and evidence, and pertinent to claims made in this Action.

Respectfully submitted,

By: *[signature]*
Qadriyyah Sabreen El' Amin Bnt Abdullah Bey

In Care Of: 1700 Northside Drive
Suite A7, Unit #5554
Atlanta, Georgia [pass through - 30318]
Non-domestic/ Non-Federal Zone (DMM 602. 1.3 e (2))