FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 13 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Qadriyyah Sabreen El' Amin Bnt Abdullah Bey,<br><br>Plaintiff,<br><br>v.<br><br>NAVIN CHANDRA NAIDU,<br>a/k/a NAVINACHANDRAN A/L G.M.NAIDU,<br>a/k/a "Dr. Navinachandran GM Naidu",<br>a/k/a "Dr. Navinachandran Naidu",<br>a/k/a "Mr. Navinanchandran GM Naidu",<br>a/k/a "Judge Navin-Chandra Naidu",<br>a/k/a "Judge (Dr.) Navin C Naidu",<br>a/k/a "Chief Judge Silver Eagle",<br>a/k/a "Silver Cloud Musafir",<br>a/k/a "Te Whetu O Rongo",<br>a/k/a "Aidun C Naidu",<br>a/k/a "Joginder Singh Grewal",<br>a/k/a "Delainey Runnalls",<br><br>KINTA VALLEY KNOWLEDGE VILLAGE,<br><br>and<br><br>LILY MATHEWS,<br>    Defendants. | Civil Action No.<br>1:21-cv-00832-SDG |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order Regarding Civil Litigation and that I will comply with its provisions during the pendency of this action.

*Qadriyyah Sabreen El' Amin Bnt Abdullah Bey*
Signature of counsel/ pro se party